IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   03-cv-01610-WDM-BNB

THE LIFELIKE COMPANY,

    Plaintiff(s),

v.

RODERICK DAVIES,

    Defendant(s).
_____

**ORDER**
_____

    This matter was previously administratively closed with the notice that if no action was taken to reopen this case by March 5, 2005, the case would be dismissed without prejudice without further notice.  No action has been taken by either party and accordingly it is ordered that this matter is dismissed without prejudice with each party to bear its own costs and expenses.

    It is further ordered that upon this dismissal, the preliminary injunction previously entered is discharged.  Consequently, the bond for preliminary injunction, filed August

29, 2003, is likewise discharged and the amount contained in the court registry should be returned to the plaintiff.

DATED at Denver, Colorado, on August 29, 2005.

BY THE COURT:

/s/ Walker D. Miller
United States District Judge